James P. HILLIARD, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2008–7114.

United States Court of Appeals,
Federal Circuit.

March 31, 2009.

Sandra E. Booth, Sandra E. Booth, Attorney at Law, of Columbus, OH, argued for claimant-appellant.

Allison Kidd–Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Jane C. Kang, Staff Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

MAYER, DYK, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.